190

PER CURIAM.

(No. 75-CC-337—

BRUCE McCLAREN, Claimant, *vs.* STATE OF ILLINOIS,
COMMISSIONER OF BANKS AND TRUST COMPANIES, Respondent.

*Opinion filed November 25, 1974.*

BRUCE McCLAREN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-9—

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 4, 1974.*

D. K. McINTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.